**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.   3:06-cr-66-05-TS |
| | ) | |
| JEROME STENSON (05) | ) | |

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILTY, AND**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of United States Magistrate Judge Nuechterlein, to which the defendant has waived objection, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c), the plea of guilty to Count Three in the Indictment is hereby accepted, and the Defendant is adjudged guilty of this offense, a violation of 18 U.S.C. §§ 1344 and 2.  The Defendant and his counsel shall appear before the undersigned for sentencing on the **11th day of February, 2008**, at 11:00 a.m.

Under Fed. R. Crim. P. 11(c), the Court will defer its decision to accept or reject the plea agreement until the time of sentencing and after the Presentence Report is reviewed. If the Court accepts the terms of the plea agreement, it will inform the Defendant. If the Court rejects the terms of the plea agreement, it will inform the Defendant so that he can decide if he wishes to withdraw his plea of guilty.

Any sentencing memoranda, requests for a sentence outside of the advisory guidelines, or other materials related to sentencing must be filed at least 15 days before the sentencing hearing. Responses must be filed within 7 days of the initial filing.

A separate presentence scheduling notice will be issued. If counsel are unable to comply with the timetables – either the presentence scheduling notice, or the deadlines for sentencing memoranda and for requests for variances from the advisory guidelines – they shall request an extension of the filing deadline

from the Court. If objections to the to the Presentence Report are not timely filed, thereby affording the

Court an adequate opportunity to review the objections, the sentencing hearing MUST BE CONTINUED.

Accordingly, if counsel wish to present an objection to the Court, and the objection has not been timely

filed, it will be the responsibility of counsel to file a motion for continuance of the sentencing, and provide

to the Court a full recitation of the reasons why the objection or objections were not timely filed.


        SO ORDERED on November 15, 2007.



                                            s/ Theresa L. Springmann
                                        THERESA L. SPRINGMANN
                                        UNITED STATES DISTRICT COURT
                                        FORT WAYNE DIVISION